

No. 244. CAFFEY, U. S. DISTRICT JUDGE, *v.* BERESLAVSKY. Certiorari denied. *Herbert C. Smyth, Jr.* and *Frank S. Busser* for petitioner. *W. B. Morton* for respondent.

No. 248. MISSISSIPPI POWER & LIGHT Co. *v.* MEMPHIS NATURAL GAS Co. Certiorari denied. *Garner W. Green, Sr.* and *E. R. Holmes, Jr.* for petitioner.

No. 249. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co. *v.* MOSTYN ET AL. Certiorari denied. *John H. Hughes* for petitioner. *Victor Levine* for Mostyn, and *Tracy H. Ferguson* for the S. H. Golden Co., respondents.

No. 250. PUBLICKER INDUSTRIES, INC. *v.* CLARK, DIRECTOR OF THE DIVISION OF LIQUIDATION, DEPARTMENT OF COMMERCE. Certiorari denied. *Robert W. Lishman, Oscar S. Cox, William H. Matthews, Jr.* and *Lloyd N. Cutler* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Harry H. Schneider* for respondent.

No. 252. YOUNG ET AL. *v.* UNITED STATES. Certiorari denied. *Austin M. Cowan* for petitioners. *Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 253. GRAFF *v.* PRIEST, PRESIDENT OF THE BOARD OF POLICE COMMISSIONERS OF ST. LOUIS, ET AL. Certiorari denied. *Roberts P. Elam*

for petitioner. *J. E. Taylor,* Attorney General of Missouri, for respondents. 

No. 254. KLOPP *v.* OVERLADE, WARDEN. 
Certiorari denied. *Hayden C. Covington* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Philip R. Monahan* for respondent. 

No. 259. BERNSTEIN *v.* N. V. NEDERLANDSCHE-AMER-IKAANSCHE STOOMVAART-MAATSCHAPPIJ. 
Certiorari denied. *William S. Bennet* and *Victor House* for petitioner. *Roscoe H. Hupper* for respondent. 

No 261. BRAMER *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *Samuel Kaufman, Frank R. S. Kaplan* and *Maurice J. Mahoney* for petitioner. *Solicitor General Perlman, Helen R. Carloss* and *L. W. Post* for respondent. 

No. 263. DOSSETT, DOING BUSINESS AS THE J. A. DOSSETT LUMBER CO., *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. Certiorari denied. *James G. Wheeler* for petitioner. *Solicitor General Perlman, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent. 

No. 264. WALKER-HILL Co. *v.* UNITED STATES. 
 Certiorari denied. *Albert I. Kegan* and *Esther O. Kegan* for petitioner. *Solicitor General Perlman, Stanley M. Silverberg, Sewall Key, Robert N. Anderson* and *Benjamin H. Pester* for the United States.